JOHN ALEXANDER, Respondent, v. SCOTTSVILLE SAND AND GRAVEL COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed briefs and pay to respondent's attorneys ten dollars by March fifth.

INEZ LEE PARSONS, Appellant, v. JOSEPHINE E. CURTISS and Others, as Executors, etc., Respondents.— Appeal dismissed, unless appellant shall file and serve printed papers and pay to respondents' attorney ten dollars by March ninth and be ready for argument on March twelfth.

JOHN M. EGAN, Appellant, v. FRED W. QUANDT, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers and pay to respondent's attorney ten dollars by March ninth and be ready for argument on March twelfth.

MARY H. DEWEY, Appellant, v. ALVA B. MORRIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See General Rules of Practice, rule 23.) All concur; Lambert, J., not sitting.

KATHERINE W. SHANE, Appellant, v. CLARENCE ARNETT, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur; Lambert, J., not sitting.

ARCHIE D. BERTON, Appellant, v. EUGENE SNYDER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur; Lambert, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY, Appellant, v. CONRAD SEYBOLD and Others, Assessors of the Town of Verona, County of Oneida, N. Y., Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the appellant to amend its petition within twenty days, upon the conditions stated in the order appealed from. All concur; Lambert, J., not sitting.

In the Matter of the Application of HOWARD H. HALLER, Appellant, for a Writ of Mandamus. JOHN RODERICK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur; Lambert, J., not sitting.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands, etc., Claimed to Be Owned by PETER HOF and Others. OTIS ELEVATOR COMPANY, Respondent. THE CITY OF BUFFALO and Others, Appellants. (Proceeding No. 98.) — Order affirmed, with costs. Motion for leave to appeal to the Court of Appeals granted. All concur; Lambert, J., not sitting.

POSTAL-TELEGRAPH CABLE COMPANY, Respondent, v. CITY OF JAMESTOWN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WELCOME B. PRICE and Another, Appellants, v. CARRIE I. SNOW and Another, as Executors, etc., of HARRIET W. PRICE, Deceased, Respondents. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.